# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TACO TIJUANA; CHARLES RASHER; DAVID MAX SCRUBY AND VICKIE LEE SCRUBY, TRUSTEES OF THE DAVID AND VICKIE SCRUBY REVOCABLE TRUST, ESTABLISHED FEBRUARY 27, 2004,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00678-TLN-CMK<br><br>ORDER RE: STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 28 DAYS<br><br>Complaint served: 5/3/18<br>Current response date: 8/13/18<br>New response date: 9/3/18 |

　　Upon review of the Second Stipulation to Extend Time to Respond to Initial Complaint by More Than 28 Days, where upon parties wish to stipulate to move Defendants Taco Tijuana; Charles Rasher; David Max Scruby and Vickie Lee Scruby, Trustees of the David and Vickie Scruby Revocable Trust, established February 27, 2004's responsive date to the Complaint 21 days from August 13, 2018 to September 3, 2018 for the purposes of allowing time to finalize settlement negotiations now that the site inspection has taken place.

　　IT IS HEREBY ORDERED that the Second Stipulation to Extend Time to Respond to Initial Complaint by More Than 28 Days is hereby GRANTED and Defendants Taco Tijuana; Charles Rasher; David Max Scruby and Vickie Lee Scruby,

1

Trustees of the David and Vickie Scruby Revocable Trust, established February 27, 2004's new responsive date to the initial Complaint is September 3, 2018.

Dated: August 13, 2018

                                          Troy L. Nunley
                                          United States District Judge