| | |
|---|---|
| 1 | DAVID E. KARLIN (S.B.N 275905) |
| 2 | THE KARLIN LAW FIRM LLP |
|   | 13522 Newport Ave, Suite 201 |
| 3 | Tustin CA 92780 |
|   | Telephone: (714) 731-3283 |
| 4 | Facsimile: (714) 731-5741 |
|   | Email: David@karlinlaw.com |
| 5 | Attorney for Defendants |
| 6 | |
| 7 | THOMAS E. FRANKOVICH (S.B.N. 074414) |
|   | THOMAS E. FRANKOVICH, |
| 8 | *A PROFESSIONAL LAW CORPORATION* |
| 9 | 1165 Hoff Way, #203 |
|   | Chico, CA 95963 |
| 10 | Telephone: (415) 444-5800 |
|   | Facsimile: (415) 674-9900 |
| 11 | Email: tfrankovich@disabilitieslaw.com |
| 12 | |
|   | Attorney for Plaintiff |
| 13 | BRENDA PICKERN |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRENDA PICKERN | ) | CASE NO. 2:18-cv-00678-TLN-CMK |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL AND** |
| | ) | **ORDER THEREON** |
| v. | ) | |
| | ) | |
| TACO TIJUANA; CHARLES RASHER; | ) | |
| DAVID MAX SCRUBY and VICKIE LEE | ) | |
| SCRUBY, TRUSTEES of THE DAVID | ) | |
| AND VICKIE SCRUBY REVOCABLE | ) | |
| TRUST, established February 27, 2004; | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokkonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Respectfully Submitted,

Dated: November 13, 2018       THOMAS E. FRANKOVICH, APLC
                               ***A PROFESSIONAL LAW CORPORATION***

                               By:  /s/ Thomas E. Frankovich
                               Thomas E. Frankovich
                               Attorney for Plaintiff

Dated: November 13, 2018       KARLIN LAW FIRM, LLP
                               By:  /s/ David E. Karlin
                               David E. Karlin
                               Attorney for Defendants

**STIPULATION OF DISMISSAL AND ORDER**

I, David E. Karlin attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

          /s/ David E. Karlin_____
David E. Karlin

**STIPULATION OF DISMISSAL AND ORDER**

# **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed without prejudice. The Court will retain jurisdiction to enforce the terms of the Stipulated Judgment under the authority of Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 381-82 (1994).

**IT IS SO ORDERED.**

Dated: November 14, 2018

_____
Troy L. Nunley
United States District Judge

STIPULATION OF DISMISSAL AND ORDER